Morris Rose, Appellant, v. William Schatzkin and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

The Continental Bank and Trust Company of New York, as Successor Trustee under a Certain Mortgage or Deed of Trust, etc., Made by 161 West Seventy-fifth Street Corporation, Appellant, v. 161 West Seventy-fifth Street Corporation and The Seventy-fifth Street Realty Corporation, Respondents, and The People of the State of New York, Defendant. David Stewart, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice fixing a new date for sale. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

Georgia Stevenson, Respondent, v. Doris Roeder Plehn, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Bernard Harris and Harold Harris, as Two of the Administrators, etc., of Robert Lester Harris, Deceased.— Decree affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Resource Holding Corporation, Appellant, v. Charles Grossberg, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of Daniel E. Ifshin, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of Frank B. York, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

Walmor, Inc., v. Abraham Levey. (Action No. 1.) Walmor, Inc., v. Kortlee Frocks, Inc., and Others. (Action No. 2.) Walmor, Inc., v. Kortlee Frocks, Inc., and Others. (Action No. 3.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Morris Levinson and Others v. Bernard Shapiro.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Bank of Manhattan Trust Company, Successor Trustee, etc., v. 571 Park Avenue Corporation and Others.— Motion for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The Bowery Savings Bank v. Lily Sarasohn and Others, Impleaded with Selma Kamaiky and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Mollie Paul Shapiro v. Union Railway Company of the City of New York, Impleaded with The City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.